IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUL 19 AM 11:40

| | | |
|---|---|---|
| GENEVIE ILENE MALEY AND HOLLY DROWLEY, <br> PLAINTIFFS, <br><br> V. <br><br> MINNESOTA LIFE INSURANCE COMPANY, <br> DEFENDANT. | § § § § § § § § § § | CAUSE NO. 1:15-CV-00394-LY |

## FINAL JUDGMENT

Before the court is the above-styled cause of action. On this same date, the court rendered Findings of Fact and Conclusions of Law, by which the court concluded that Plaintiff's state-law claims should be dismissed and Plaintiffs should take nothing by their claim for improper denial of benefits under ERISA. Accordingly,

**IT IS ORDERED** that Plaintiffs Genevie Ilene Maley and Holly Drowley's claims against Defendant Minnesota Life Insurance Company for breach of contract and declaratory judgment are **DISMISSED** with prejudice as preempted.

**IT IS FURTHER ORDERED** that Plaintiffs Genevie Ilene Maley and Holly Drowley **TAKE NOTHING** by their claim against Minnesota Life Insurance Company for improper denial of benefits under ERISA.

**IT IS FURTHER ORDERED** that costs are taxed against Plaintiffs Genevie Ilene Maley and Holly Drowley.

**IT IS FURTHER ORDERED** that any relief requested by any party hereto not specifically granted herein is **DENIED**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this ___19th___ day of July, 2016.

                                      LEE YEAKEL
                                      UNITED STATES DISTRICT JUDGE