UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GENEVIE ILENE MALEY and HOLLY DROWLEY §§§ Plaintiffs, §§ v. § MINNESOTA LIFE INSURANCE COMPANY, §§§ Defendant. | CIVIL ACTION NO: 1:15-CV-00394-LY |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Genevie Ilene Maley and Holly Drowley ("Plaintiffs") in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Doc. #28], signed and entered on July 19, 2016, which dismissed Plaintiffs' claims and ordered that they take nothing by their claims, and from the accompanying Findings of Fact and Conclusions of Law, signed and entered on the same day [Doc. #27].

Dated: August 18, 2016

Respectfully submitted,

/s/ Rachel L. Noffke_____
Scott F. DeShazo
  State Bar No. 24011414
  sdeshazo@dnaustin.com
Thomas A. Nesbitt
  State Bar No.  24007738
  tnesbitt@dnaustin.com
Rachel L. Noffke
  State Bar No. 24007754
  rnoffke@dnaustin.com
DeShazo & Nesbitt L.L.P.
809 West Avenue
Austin, Texas  78701
512/617-5560
512/617-5563 (Fax)

**COUNSEL FOR PLAINTIFFS**
**GENEVIE ILENE MALEY AND**
**HOLLY DROWLEY**

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2016, a true and correct copy of the foregoing document was forwarded via the Court's CM/ECF system or via facsimile to the following counsel:

    Amanda Sotak
    Figari + Davenport, LLP
    901 Main Street, Suite 3400
    Dallas, Texas 75202
    amanda.sotak@figdav.com
    Fax: 214-939-2090

/s/ Scott F. DeShazo_____
Scott F. DeShazo